# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRYAN J. PETERSON

       v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5623FDB

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That plaintiff's motion for an award of costs and attorney's fees (Dkt #16) is GRANTED.  Costs in the amount of $350.00 and attorney's fees in the amount of $6,360.00 are awarded to plaintiff's counsel.


September 6, 2007
          BRUCE RIFKIN
          Clerk

          s/ D. Forbes
          By, Deputy Clerk